# United States Court of Appeals
## for the Fifth Circu

United States Court of Appeals
Fifth Circuit
**FILED**
October 30, 2020
Lyle W. Cayce
Clerk

No. 19-20506

Gilbert Sanchez,

*Plaintiff—Appellant*,

*versus*

Smart Fabricators of Texas, L.L.C.,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-110

ON PETITION FOR REHEARING EN BANC

(Opinion March 11, 2020, 5 Cir., 2020, 952 F.3d 620, withdrawn)
(Opinion August 14, 2020, 5 Cir., 2020, 970 F.3d 550)

Before Owen, *Chief Judge*, and Jones, Smith, Stewart, Dennis, Elrod, Southwick, Haynes, Graves, Higginson, Costa, Willett, Ho, Duncan, Engelhardt, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Cir. R. 41.3, the panel opinion in this case dated August 14, 2020, is vacated.